UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA STAUFFER,<br><br>        Plaintiff,<br><br>      v.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>        Defendant. | No. 2:17-CV-00770 KJM AC<br><br><br>ORDER |

On August 2, 2017, the court STAYED this case pending completion of the parties' planned arbitration proceedings. Minute Order, ECF No. 12. The court further ordered the parties to file a status update every thirty days. *Id.* More than two months have now lapsed, yet the parties have filed no status update. Accordingly, the court ORDERS counsel for both parties to SHOW CAUSE within fourteen days why they should each not be sanctioned $250.00 for not complying with the court's order.

        IT IS SO ORDERED.

DATED: October 16, 2017.

                                                  UNITED STATES DISTRICT JUDGE